Mark L. Creede, #128418
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\16722\Pleadings\stiptodismiss.wpd

Attorneys for Plaintiff, BRATTON MASONRY, INC.

FILED
2004 MAR -8 P 1:08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

LODGED
MAR 0 3 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT – FRESNO DIVISION

| | |
|---|---|
| BRATTON MASONRY, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTON CONSTRUCTION CO., INC., a Kansas Corporation; CASCADE ENTERTAINMENT GROUP, LLC, a California limited liability corporation; PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS OF CALIFORNIA also known as PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, an entity of unknown form; CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY also known as and doing business as CHUKCHANSI GOLD RESORT & CASINO, an entity of unknown form; U.S. BANK, NATIONAL ASSOCIATION, also known as U.S. BANK, N.A., a national banking association; UNITED STATES FIDELITY AND GUARANTY, a Maryland corporation; CREDIT PROVIDER, LLC, a Delaware limited liability corporation,<br><br>　　　　Defendants. | Case No. CIV. F-04-5185 OWW DLB<br><br><br><br><br>**PLAINTIFF'S REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE** |



IT IS HEREBY REQUESTED by BRATTON MASONRY, INC., a California corporation, through its designated counsel that the above-captioned action be and hereby is dismissed with prejudice against Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 2, 2004

LANG, RICHERT & PATCH, P.C.

By _____
Mark L. Creede,
Attorneys for Plaintiff,
Bratton Masonry, Inc.

IT IS SO ORDERED.

Dated: 3-8- , 2004

By _____
UNITED STATES DISTRICT JUDGE

```
            United States District Court
                       for the
            Eastern District of California
                    March 9, 2004
```

* * CERTIFICATE OF SERVICE * *

1:04-cv-05185

Bratton Masonry, Inc

   v.

Walton Construction

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 9, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Mark Lang Creede                    OWW       DLB
    Lang Richert & Patch
    5200 North Palm
    Fourth Floor
    Fresno, CA   93704


                                            Jack L. Wagner, Clerk

                                  BY: _____/s/ Vasquez_____
                                       Deputy Clerk